IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN LEE EBNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO.  03-RRA-2279-S |
| | ) | |
| JENTREE, INC., JEFFERY W. HAMMONTREE, and DAVID GREGERSON, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this case is due to be dismissed for lack of prosecution.  An appropriate order will be entered.

DONE this 28th day of January, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE